DARRYL C. SHEETZ (Bar No. 098604)
Email: dcsheetz@aol.com
Law Offices of Darryl C. Sheetz
335 Centennial Way, Suite 100
Tustin, California 92780
Telephone:  (949) 553-0300
Facsimile:   (949) 553-0390

Attorney for Plaintiffs
ALBERT J. RASCH,
ALBERT J. RASCH & ASSOCIATES and
KATHLEEN NOVINGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. RASCH, ALBERT J. RASCH & ASSOCIATES, and KATHLEEN NOVINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILE READY ENTERTAINMENT CORP., MICHAEL H. MAGOLNICK and CRAIG A. MORA,<br><br>Defendants. | Case No. CV 09-5556 DMG(ANx)<br><br>Assigned to:<br>Judge Dolly M. Gee<br>Dept.  7<br><br>**ORDER RE STIPULATION OF DISMISSAL [45]** |

Pursuant to the parties' Stipulation of Dismissal [Doc. #45], the Court hereby dismisses the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

DATED: September 15, 2010

_____
Dolly M. Gee
**United States District Judge**

1
[Proposed] Order Re Stipulation of Dismissal